PRESENT: All the Justices

ROBERT BATTEN DUNHAM, JR.

v.  Record No. 120465                                    PER CURIAM
                                                       November 1, 2012
COMMONWEALTH OF VIRGINIA


             FROM THE COURT OF APPEALS OF VIRGINIA

     We awarded an appeal in this case from the Court of Appeals

of Virginia based on the following assignments of error:

     1.   The Court of Appeals erred in failing to
     find that [a 1998 circuit court] Order was void,
     thereby making the 2010 Order void, where the 1998
     Order impermissibly extended the length of time of
     Dunham's previously suspended sentence.

     2.   The Court of Appeals erred in finding that
     the trial court had subject matter jurisdiction to
     revoke Dunham's previously suspended sentence and
     extend the period of suspension, where the period of
     suspension had expired and the 1998 Order extending
     the period of suspension was void.

     3.   The Court of Appeals erred in finding that
     Dunham may not challenge the 1998 Order in this
     appeal, where Dunham's 2010 probation violation
     conviction is predicated upon the void 1998 Order.


     We have considered the assignments of error, and for the

reasons stated in Dunham v. Commonwealth, 59 Va. App. 634, 721

S.E.2d 824 (2012), we will affirm the judgment of the Court of

Appeals.

                                                       Affirmed.